E-FILED: 4/27/10

# DENIED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 05-1157(B)-GHK |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| EDWARD SEUNG OK, | ) |
| Defendant. | ) |

~~GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Edward Sueng Ok be housed at the Metropolitan Detention Center, Los Angeles, CA., until further order of this Court.~~ **Denied**. However, the government shall ensure defendant Ok's presence, if needed, at any restitution hearing.

DATED: ___4/27___, 2010     FOR THE UNITED STATES DISTRICT COURT

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE